IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA DEMYAN, Plaintiff | : : : | CIVIL ACTION NO. 17-01710 |
| v. | : | |
| NANCY A. BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, Defendant | : : : : : | FILED APR 04 2019 KATE BARKMAN, Clerk By_____Dep. Clerk |

## ORDER

AND NOW, this 4 day of April, 2019, upon consideration of the Brief in Support of Plaintiff's Request for Review (Dkt. No. 12) filed August 3, 2017; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 15) filed September 18, 2017; upon consideration of Plaintiff's Reply Brief (Dkt. No. 17) filed September 22, 2017; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 11, 2019, & no objections filed

IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is DENIED; and

3. the decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

ENT'D APR 04 2019

---

[1] On January, 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration and, therefore she should be automatically substituted as the Defendant in this action. See Fed. R. Civ P. 25(d).